UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY E. BROCCOLI, | : | |
| | : | |
| Plaintiff, | : | NO. 3:03CV830(MRK) |
| | : | |
| v. | : | |
| | : | |
| DOLLAR TREE STORES, INC., | : | |
| | : | |
| Defendant. | : | |

### RULING ON MOTION TO WITHDRAW

By Motion To Withdraw As Counsel [doc. # 19] dated May 21, 2004, Attorneys Michael E. Satti and Holly Quackenbush Darin sought Court permission to withdraw their appearances on behalf of Plaintiff and in accordance with D. Conn. L. Civ. R. 7(e) served Plaintiff with a copy of the Motion. Pursuant to Local Rule 7(e), the Court issued a Notice to Plaintiff [doc. # 20] that the Motion to Withdraw had been filed and that the Motion would remain under advisement until June 14, 2004 to give Plaintiff an opportunity to retain replacement counsel or to file a *pro se* appearance. The Notice further informed Plaintiff of the following: (1) that to prosecute his case, Plaintiff would have to file an appearance as set forth above no later than June 14, 2004; (2) that on June 15, 2004, the Court would grant the Motion to Withdraw Appearance [doc. #19]; (3) that if no attorney appearance or *pro se* appearance had been filed on Plaintiff's behalf by June 14, 2004, Plaintiff might be deemed to have failed to prosecute his action; and (4) Defendant might then move for dismissal of Plaintiff's action.

On June 15, 2004, the Court held an on-the-record telephonic status conference with counsel for Defendant and Mr. Satti. Mr. Satti informed the Court that so far as he was aware, Plaintiff had

not filed a *pro se* appearance and no other attorney had appeared on Plaintiff's behalf in accordance with this Court's Notice, and that he and Ms. Darin wished to withdraw for the reasons recited in their Motion. Counsel for Defendant did not oppose the Motion.

It appearing that Plaintiff has not filed either a *pro se* appearance or retained replacement counsel as requested by this Court and that Mr. Satti and Ms. Darin have demonstrated good cause for withdrawing as Plaintiff's counsel, the Court GRANTS the Motion To Withdraw as Counsel [doc. #19] and directs the Clerk to remove Attorneys Michael E. Satti and Holly Quackenbush Darin as counsel of record for Plaintiff. As his final act in this case, Mr. Satti is ordered to serve a copy of this Order on Plaintiff and to file a Notice with this Court and opposing counsel attesting to service.

**Plaintiff is cautioned that he no longer has an attorney representing him in this action and that if he does not retain replacement counsel immediately or file his own *pro se* appearance with the Clerk of the Court, Defendant will be entitled to move to dismiss this action for failure to appear and/or prosecute under Fed. R. Civ. P. 41(b). It further appears from the pleadings that Plaintiff is also in default of his obligations to comply with discovery requests of Defendant, and any continued failure to do so may also subject Plaintiff to a dismissal of this action and other sanctions. To avoid dismissal, Plaintiff should immediately obtain replacement counsel or file a *pro se* appearance and bring himself into compliance with the discovery rules.**

Accordingly, the Motion To Withdraw As Counsel [doc. # 19] is GRANTED and the Motion to Modify Scheduling Order [doc. # 18] is DENIED without prejudice to renewal pending resolution of the representation issues raised by the withdrawal of counsel for Plaintiff.

IT IS SO ORDERED.

/s/     <u>Mark R. Kravitz</u>
       United States District Judge

**Dated at New Haven, Connecticut: June 15, 2004**